1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT TACOMA

10  JUSTIN E. LEWIS,

11           Plaintiff,            CASE NO. 3:19-cv-05108-BHS-JRC

12       v.                        ORDER TO FILE ANSWER TO
                                   AMENDED COMPLAINT
13  CRAIG FERGUSON,

14           Defendant.

15

16   The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

17  Magistrate Judge J. Richard Creatura. *See* Dkt. 8.

18   On April 27, 2020, the Court entered an order granting defendant Ferguson's motion to

19  dismiss (Dkt. 31) and dismissing plaintiff's amended complaint. *See* Dkts. 30, 39. Specifically,

20  the Court dismissed with prejudice plaintiff's claim that defendant Ferguson violated plaintiff's

21  First Amendment rights. *See* Dkt. 39. Additionally, the Court dismissed without prejudice

22  plaintiff's claim that defendant Ferguson used excessive force against him in violation of his

23  constitutional rights. *See id.* The Court granted plaintiff leave to file an amended complaint no

24

1 | later than June 23, 2020, to allege claims against defendant Ferguson for excessive use of force.

2 | *See id.* On July 7, 2020, the Court extended the deadline for plaintiff to file an amended

3 | complaint to August 6, 2020. *See* Dkt. 42.

4 | On July 27, 2020, plaintiff filed a second amended complaint. *See* Dkt. 43. Pursuant to

5 | 28 U.S.C. § 1915(e), the Court has screened the second amended complaint (Dkt. 43) and has

6 | determined that the complaint should be served.

7 | Accordingly, the Court ORDERS:

8 | (1) The Clerk is directed to file the Response to the Order to Show Cause (Dkt. 43) as

9 | the second amended complaint.

10 | (2) Defendant Ferguson shall file an answer or otherwise respond to plaintiff's

11 | second amended complaint on or before **September 21, 2020**.

12 | (3) The Clerk shall send a copy of this Order to plaintiff.

13 | Dated this 31st day of August, 2020.

J. Richard Creatura
United States Magistrate Judge