THE HONORABLE JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN EDWARD LEWIS,<br><br>Plaintiff,<br><br>-vs-<br><br>CRAIG FERGUSON, et al.,<br><br>Defendant. | NO.  3:19-cv-05108-BHS<br><br>STIPULATION AND<br>ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>SEPTEMBER 14, 2023 |

## I.   STIPULATION

Pursuant to a settlement reached in this action, the attorneys of record for the parties hereby stipulate that the above-entitled action shall be dismissed with prejudice and without an award of costs to any party.

Respectfully submitted this 14th day of September, 2023.

                    CHAD M. ENRIGHT
                    Kitsap County Prosecuting Attorney

                    */s/ Christine Palmer*
                    IONE S. GEORGE, WSBA NO. 18236
                    CHRISTINE M. PALMER, WSBA No. 42560
                    Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL
(3:19-cv-05108-BHS-JRC) -- 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

HOLMES WEDDLE & BARCOTT, PC

/s/ Lafcadio H. Darling
LAFCADIO H. DARLING, WSBA No. 29963
Attorney for Plaintiff

## II. ORDER

The Court, having taken into consideration the stipulation of the parties, hereby ORDERS that the above-entitled action be dismissed with prejudice and no award of costs shall be made to any party.

Dated this 14th day of September, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
IONE S. GEORGE, WSBA NO. 18236
CHRISTINE M. PALMER, WSBA NO. 42560
Attorneys for Defendants

Approved for Entry/Notice of Presentation Waived:

/s/ Lafcadio H. Darling via email approval
LAFCADIO H. DARLING, WSBA NO. 29963
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(3:19-cv-05108-BHS-JRC) -- 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros